IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and THE HANOVER INSURANCE COMPANY, | * * * * | |
| Plaintiffs, | * * | CV 123-110 |
| v. | * * | |
| AUGUSTA CHILLER SERVICE, INC., et al., | * * * | |
| Defendants. | * | |

# O R D E R

Before the Court is Plaintiffs' motion for reconsideration of the Court's March 24, 2025 Order with respect to their claims regarding their duty to indemnify or, in the alternative, for dismissal without prejudice of their duty to indemnify claims and final judgment on their duty to defend claims. (Doc. 68.) Defendant Augusta Chiller Service, Inc. ("Defendant ACS") opposes the motion to the extent Plaintiffs seek reconsideration but consents to dismissal without prejudice of Plaintiffs' claims as to their duty to indemnify and entry of final judgment. (Doc. 69.)

The Court's March 24, 2025 Order denied Plaintiffs' motion for summary judgment on the issue of the duty to indemnify because it was not yet ripe for adjudication. (Doc. 67, at 9-10.) However,

courts in similar situations have opted to dismiss without prejudice claims pertaining to the duty to indemnify for lack of subject matter jurisdiction. See Kinsale Ins. Co. v. Venetian Hills Apartments, LLC, No. 1:21-CV-03214, 2022 WL 18777473, at *4 (N.D. Ga. Apr. 29, 2022) (dismissing duty to indemnify claim for lack of subject matter jurisdiction, despite presence of duty to defend claim, because "[t]here is no live controversy over the duty to indemnify . . . [when] there has been no judgment or settlement").

Thus, the Court finds that dismissal of the duty to indemnify claims is proper and will serve both judicial economy and the Parties' interests. In light of the foregoing, and because both Plaintiffs and Defendant ACS consent to dismissal without prejudice of their duty to indemnify claims, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims as to the duty to indemnify.

Based on the foregoing, Plaintiffs' motion (Doc. 68) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' claims regarding their duty to indemnify are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and the Court's March 24, 2025 Order as to Plaintiffs' duty to defend shall be the final judgment of the Court. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

2

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of May, 2025.

_/s/ J. Randal Hall_
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

3