AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and THE HANOVER INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AUGUSTA CHILLER SERVICE, INC., et al.,<br><br>　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER:　CV 123-110 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 15, 2025 Order granting in part and denying in part Plaintiff's motion for reconsideration, and dismissing without prejudice their duty to indemnify claims, the Court's March 24, 2025 Order as to Plaintiffs' duty to defend is the final judgment of the Court. This case stands closed.



| 5/15/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020